UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

| | | |
|---|---|---|
| MSM Development, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | 3:13-cv-292 and 3:13-cv-296 |
| | ) | *Reeves* |
| | ) | |
| Selective Insurance Company of | ) | |
| South Carolina, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEDIATION REFERENCE**

Upon the agreement of the parties, these cases are hereby referred to mediation in accordance with E.D.TN. LR 16.4.

It is hereby **ORDERED** that the parties, their representatives and/or actual decision-makers for all parties be present for the mediation. Any questions regarding who must be present for the mediation must be taken up with the mediator at least 72 hours before the mediation conference.

The mediation of this case shall not affect the parties' obligations to meet all deadlines set forth in the applicable rules and the Court's scheduling order. **In the event mediation is not successful, the parties are expected to be prepared for trial on the scheduled trial date.** The mediator is reminded of the obligation set forth in E.D.TN. LR 16.4 (m) to file a Mediation Report within five days following the conclusion of each Mediation Conference.

SO ORDERED.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

cc:     Mr. Dana C. Holloway, Assigned Mediator
        All Counsel of Record