FEDERAL MEDIATION PROGRAM
UNITD STATES DISTRICT COURT
EASATERN DISTRICT OF TENNESSEE

<u>MEDIATOR'S REPORT TO THE COURT</u>

MEDIATOR:      <u>Dana C. Holloway</u>
               <u>Holloway Law & Mediation Center, PLLC</u>
               <u>8351 E. Walker Springs Lane, Suite 401</u>
               <u>Knoxville, TN  37923</u>

CASE NAME & NUMBER:      <u>MSM Development, LLC v. Selective Insurance Company of South Carolina</u>
                         <u>United States District Court No. 3:13-CV-00296</u>

        Local Rule 16.4(m) requires that mediators file this report with the clerk within five (5) days of each mediation conference. Please answer the questions set out below and file this form electronically in CM/ECF using the Report of Mediation event (located under "ADR Documents").  If you are not a CM/ECF User, please file the form in the clerk's office in the division in which the case is pending.  If multiple mediation conferences[1] occur, file a form after each conference within five (5) days of the conference.

        1.      Did all parties, party representatives and/or claims professionals meet the attendance authority to negotiate requirements of L.R. 16.4(l)?

                ____X_____ YES              _____ NO[2]

        2.      Did the case settle?

                _____X____ YES              _____ NO

        3.      Is mediation to be conducted at a later date?

                _____ YES              _____X____ NO

        4.      Was mediation terminated without settlement?

                _____ YES              ____X_____ NO


                                    __s / DANA C. HOLLOWAY_____
                                         Signature of Certified Mediator


                                    Date: __March 26, 2014_____

(Rev. 6/06)

---

        [1] A mediation conference which continues over multiple days is considered one conference for purposes of this reporting requirement.  Send in separate reports only when the conference is recessed for a week or more.

        [2] If you answer "no," the clerk will forward a copy of this report to a Magistrate Judge not assigned to the case who will contact you to investigate the problem.